Rory T. Kay (NSBN 12416)
Kiley A. Harrison (NSBN 16092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

Scott D. Barnett (*has complied with LR IA 11-2*)
HONIGMAN LLP
39400 Woodward Ave., Suite 101
Bloomfield Hills, MI 48304
Telephone: (248) 566-8300
SBarnett@honigman.com

David J. Thomas (*has complied with LR IA 11-2*)
HONIGMAN LLP
2290 First National Building
660 Woodward Ave
Detroit, MI 48226
Telephone: (313) 465-7000
DThomas@honigman.com

Aaron D. Bray (*has complied with LR IA 11-2*)
HONIGMAN LLP
321 N. Clark St, Suite 500
Chicago, IL 60654
Telephone: (312) 701-9300
ABray@honigman.com

*Attorneys for Hangzhou Golden Sun Autoparts
Co., Ltd. d/b/a Kinfor Group*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HANGZHOU GOLDEN SUN AUTOPARTS CO., LTD. d/b/a KINFOR GROUP,<br><br>Movant,<br><br>v.<br><br>UNDERCOVER, INC. and LAURMARK ENTERPRISES, INC. d/b/a BAK INDUSTRIES,<br><br>Respondents. | Case No. 2:25-cv-02410-JAD-BNW<br><br>**STIPULATION AND ORDER TO TEMPORARILY SEAL JANUARY 5, 2026 HEARING TRANSCRIPT AND EXTEND DEADLINE TO FILE MOTION OR STIPULATION TO REDACT THE JANUARY 5, 2026 HEARING TRANSCRIPT**<br><br>**(FIRST REQUEST)** |

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Movant Hangzhou Golden Sun Autoparts Co., Ltd. d/b/a Kinfor Group ("Kinfor") and Respondents UnderCover, Inc. and Laurmark Enterprises, Inc. d/b/a BAK Industries ("Respondents") stipulate and agree as follows:

1. On January 5, 2026, the Court held a hearing on the following:

    a. Kinfor's Motion to Quash (ECF No. 1);

    b. Kinfor's Motion for Leave to File Under Seal its Motion to Quash, This Motion, and the Exhibits Attached to Both Motions (ECF No. 2); and

    c. Respondents' Motion for Leave to File Under Seal Respondents' Opposition to Kinfor's Motion to Quash (ECF No. 10).

*See* ECF No. 17.

2. At the hearing, Kinfor's counsel requested to seal the hearing. The Court temporarily sealed the hearing but ordered that Kinfor either file a motion or stipulation to seal the hearing by January 15, 2026. *See* ECF No. 17. The Court further ordered that an opposition, if any, was be filed within seven (7) days of the motion and that no replies would be necessary. *Id.*

3. The instant Motion to Quash is a discovery motion only tangentially related to the underlying cause of action in the issuing court, and thus the good cause standard applies. *See In re Midland Nat. Life Ins. Co. Annuity Sales Prac. Litig.*, 686 F.3d 1115, 1119 (9th Cir. 2012).

4. Nonetheless, in a related (now closed) action involving the same parties— *Undercover, Inc. et al v. Hangzhou Golden Sun Autoparts Co. Ltd.*, No. 2:25-cv-02145-JAD-BNW (D. Nev. 2025)—the Court previously granted Respondents' motion to seal under the higher "compelling reasons" standard because the subject "documents contain[ed] sensitive commercial information that would harm a litigant's business standing if it remains on the public docket." *Undercover*, No. 2:25-cv-02145, ECF No. 19; *see also Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

5. The same sensitive commercial information—namely, the existence and details of a particular commercial relationship—was discussed at the January 5 hearing. This information is confidential and non-public, and its disclosure would cause harm to Kinfor's private business interests. ECF No. 2 at 4–5 (citing *id.*, Exhibit A ("Xu Declaration") ¶¶ 2–6); ECF No. 10 at 4–5;

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

*see also Upmann Sanchez Turf and Landscape, Inc. v. US TURF, LLC*, No. 2:21-cv-01749-JCM-DJA, 2023 WL 2610178, at *5 (D. Nev. Mar. 23, 2023) (compelling reasons existed to seal documents that "contain[ed] customer names and contact information" where plaintiff had "taken steps to protect competitive information from [the other party] and from outside competitors"); *Resorts World Las Vegas LLC v. Rock Fuel Media, Inc.*, No. 2:21-cv-02218-JAD-VCF, 2025 WL 2242850, at *1 (D. Nev. Aug. 6, 2025) (finding that compelling reasons existed to seal "confidential, sensitive business information and potential trade secrets"); *AFL Telecommunications LLC v. SurplusEQ.com Inc.*, 946 F. Supp. 2d 928, 947 (D. Ariz. 2013) (compelling reasons existed to seal exhibits containing "information that could cause competitive harm if publicly divulged").

6. The parties agree, however, that redacting the hearing transcript (instead of sealing the entire transcript) will be sufficient to protect the confidential and non-public information that was discussed at the hearing. *See Harper v. Nevada Property 1, LLC*, 552 F.Supp.3d 1033, 1040-41 (D. Nev. 2021) (requests to seal should be "narrowly tailored").

7. Therefore, the parties stipulate that the Court extend the deadline to file a motion or stipulation to redact the hearing transcript from January 15, 2026 to ten (10) days after the parties receive the transcript. This will permit Kinfor to attach a proposed redacted version to the motion (or Kinfor and Respondents, jointly, by stipulation) for the Court's consideration. This is the parties' first request to extend this deadline.

8. The parties further stipulate to the January 5 hearing transcript temporarily remaining under seal until the Court decides Kinfor's motion or the parties' stipulation to redact the hearing transcript.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

9.     This stipulation is made in good faith and not for the purposes of delay.

Dated this 12th day of January, 2026.

McDONALD CARANO LLP

By: */s/ Kiley A. Harrison*
   Rory T. Kay (NSBN 12416)
   Kiley A. Harrison (NSBN 16092)
   2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
   Telephone: (702) 873-4100
   rkay@mcdonaldcarano.com
   kharrison@mcdonaldcarano.com

   Scott D. Barnett (*has complied with LR IA 11-2*)
   HONIGMAN LLP
   39400 Woodward Ave., Suite 101
   Bloomfield Hills, MI 48304
   Telephone: (248) 566-8300
   SBarnett@honigman.com

   David J. Thomas (*has complied with LR IA 11-2*)
   HONIGMAN LLP
   2290 First National Building
   660 Woodward Ave
   Detroit, MI 48226
   Telephone: (313) 465-7000
   DThomas@honigman.com

   Aaron D. Bray (*has complied with LR IA 11-2*)
   HONIGMAN LLP
   321 N. Clark St, Suite 500
   Chicago, IL 60654
   Telephone: (312) 701-9300
   ABray@honigman.com

*Attorneys for Hangzhou Golden Sun*
*Autoparts Co., Ltd. d/b/a Kinfor Group*

DICKINSON WRIGHT PLLC

By: */s/ Steven A. Caloiaro*
   Steven A. Caloiaro (NSBN 12344
   100 West Liberty Street, Suite 940
   Reno, NV 89501
   Tel: (775) 343-7500
   Fax: (844) 670-6009
   scaloiaro@dickinsonwright.com

   Jordan M. Marchello (NSBN 16926)
   3883 Howard Hughes Pkwy., Suite 800
   Las Vegas, NV 89169
   Tel.: (702) 550-4400
   Fax: (844) 670-6009
   jmarchello@dickinsonwright.com

*Attorneys for Plaintiffs Undercover, Inc.*
*and Laurmark Enterprises, Inc. d/b/a*
*BAK Industries*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 13, 2026

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

4