**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Hangzhou Golden Sun Autoparts Co., LTD, | Case No. 2:25-cv-02410-JAD-BNW |
| Movant, | **ORDER** |
| v. | |
| Undercover, Inc., et al., | |
| Respondents. | |

Kinfor filed a motion to seal in which it seeks to redact one sentence in this Court's recent order (ECF No. 20). ECF No. 22. The motion is unopposed. Courts may seal nondispositive motions and attached materials for good cause. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Kinfor argues that the documents and attached exhibits satisfy both the good cause and compelling reasons standard because they contain confidential, sensitive business information, and that disclosing such information would cause competitive harm. ECF No. 22 at 4–5.

Here, Kinfor has shown good cause to seal the documents because they contain sensitive commercial information that would harm a litigant's business standing if it were to remain on the public docket. *See Selling Source, LLC v. Red River Ventures*, 2011 WL 1630338 \* 6 (D. Nev. Apr. 29, 2011) ("Where the material includes information about proprietary business operations, a company's business model or agreements with clients, there are compelling reasons to seal the material because possible infringement of trade secrets outweighs the general public interest in understanding the judicial process."); *see also Nixon v. Warner Commc'ns Inc.*, 435 U.S. 589, 598 (1978) ("[B]usiness information that might harm a litigant's competitive standing" is a compelling reason to seal); *Ctr. For Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016) (harm to party's competitive standing is a "compelling reason" sufficient to seal business information). In addition, Kinfor's request is narrowly tailored as it only seeks to redact

one sentence. *See Harper v. Nevada Property 1, LLC*, 552 F. Supp. 3d 1033, 1040–41 (D. Nev. 2021) (explaining that requests to seal should be "narrowly tailored").

**I.    CONCLUSION**

**IT IS ORDERED** that Kinfor's motion to seal (ECF No. 22) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk's Office redact the sentence on page 1, lines 19-21, of the Order at ECF No. 20 consistent with Kinfor's proposed redaction at ECF No. 22-1 at 1. Once the Order is redacted, it may be unsealed.

DATED: April 14, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE